# Third District Court of Appeal

## State of Florida

Opinion filed April 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2193
Lower Tribunal Nos. 21-396 & 21-397

_____

**J.R.B., a Juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

J.R.B., a Juvenile, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.